No. 86–6629. WRENN *v.* WEINBERGER, SECRETARY OF DEFENSE, ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 8, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 86–1521. UNITED STATES *v.* CROCKER NATIONAL BANK ET AL. Appeal from D. C. C. D. Cal. Motion of appellees to substitute Wells Fargo Bank et al. in place of Crocker National Bank et al. granted. Probable jurisdiction noted.

No. 86–1415. MARINO ET AL. *v.* ORTIZ ET AL.; and COSTELLO ET AL. *v.* NEW YORK CITY POLICE DEPARTMENT ET AL. C. A. 2d Cir. Certiorari granted. Reported below: 806 F. 2d 1144 (first case); 806 F. 2d 1147 (second case).

No. 86–1512. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT *v.* UNDERWOOD ET AL. C. A. 9th Cir. Certiorari granted.